# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3865

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Kevin Scott Miller, | * | Eastern District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |
| | * | |

_____

Submitted: October 19, 2007
Filed: November 1, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Kevin Scott Miller appeals the 77-month prison sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). He argues only that his prior conviction for driving while intoxicated should not be considered a crime of violence within the meaning of U.S.S.G. § 2K2.1(a). Acknowledging this court's previous holding to the contrary, see United States v. Wells, 469 F.3d 716, 720-21 (8th Cir. 2006), Miller asks us to

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

overrule that precedent.  This we cannot do.  <u>See</u> <u>United States v. Wright</u>, 22 F.3d 787, 788 (8th Cir. 1994) (panel of this court is bound by prior Eighth Circuit decision unless prior decision is overruled by this court sitting en banc).  Accordingly, we affirm.

_____